IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

YOLANDA S. COOPER,
    Plaintiff,

vs.                                   Case No.: 3:04cv146/RV/EMT

OKALOOSA COUNTY, et al.,
    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 5, 2005. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

    **DONE AND ORDERED** this 3rd day of August, 2005.

                                                     /s/ *Roger Vinson*
                                                     **ROGER VINSON**
                                                     **UNITED STATES SENIOR JUDGE**